# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T  +1 212 841 1000

September 12, 2025

The Honorable Joan M. Azrack
U.S. District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Novo Nordisk A/S et al. v. MEDCCM, Inc. d/b/a bmiMD,**
**No. 2:25-cv-02846**

Dear Judge Azrack:

We represent Plaintiffs Novo Nordisk A/S and Novo Nordisk Inc. (collectively, "Novo Nordisk") in the above matter.

Pursuant to Your Honor's individual rules, we write seeking an adjournment of the telephonic pre-motion conference scheduled for September 24, 2025, at 10 a.m.  *See* J. Azrack Individual R. III.B.  That conference was set on September 10 in response to Defendant's letter motion for a pre-motion conference.  *See* ECF No. 10.

Novo Nordisk respectfully seeks adjournment due to scheduling conflicts.  Counsel for Novo Nordisk have previously scheduled depositions in other matters scheduled for September 24.  Novo Nordisk has made no such requests previously.

Defendant does not oppose this adjournment request, and both parties are available for the conference at the Court's convenience on October 13, 14, 16, and the morning of October 15.

This request does not affect other scheduled deadlines in the litigation.

We thank you in advance for your time and consideration.

Sincerely,

/s/ David A. Luttinger, Jr.

cc: All Counsel of Record